# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ROGER DEAN GILLISPIE,
:
    Petitioner,                               Case No. 3:09-cv-471

:

 -vs-                                      Magistrate Judge Michael R. Merz

DEB TIMMERMAN-COOPER, Warden,
:
    Respondent.

## SCHEDULING ORDER

This habeas corpus case is before the Court on Motion of the State of Ohio to Toll Time (Doc. No. 117).  Petitioner shall file any memorandum in opposition not later than noon on May 20, 2013.  The State shall file any reply memorandum not later than forty-eight hours after the Petitioner's Memorandum in Opposition is filed.

May 15, 2013.

                                                   s/ *Michael R. Merz*
                                               United States Magistrate Judge

Copy by email:  The Honorable Steven K. Dankof